United States District Court

Eastern District of New York

_____

_____

NOTICE OF

RELATED CASE

_____

_____

The Civil Cover Sheet filed in civil action

<u>  19 </u> CV <u> 2087 </u>

1) Indicated that this case is related to the following case(s):

<u>    18CV6612    </u>

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to _____ CR/CV_____