AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SCRIPTS WHOLESALE INC et al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-06612-DLI-JO |
| MAINSPRING DISTRIBUTION LLC et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scripts Wholesale Inc. and Lieb Pharmacy, Inc.

Date:  06/02/5201

*Attorney's signature*

Adam Michael Birnbaum 5073754
*Printed name and bar number*
Korsinsky & Klein, LLP
2926 Avenue L
Brooklyn, New York 11210

*Address*

amb@kklawfirm.com
*E-mail address*

(212) 495-8133
*Telephone number*

(212) 410-3893
*FAX number*