

*New York City*
125 Park Avenue, 25th FL
New York, New York 10017
(212) 988-2039

*Long Island*
55000 Main Road, #2D
Southold, New York 11971
(631) 765-8252

Jason Canales, Esq.
jason@canalespllc.com

July 29, 2022

VIA ELECTRONIC FILING
The Honorable Judge Dora L. Irizarry
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Scripts Wholesale, Inc., et al. v. Mainspring Distribution LLC, et al.
      Case No.: 18-cv-06612 (DLI) (JRC)

Dear Judge Irizarry:

    I write to respectfully request that my motion to be relieved as counsel for the defendant Edvin Ovasapyan (Dkt. No. 72) be withdrawn or denied as moot. After the filing of my motion and shortly before the Court issued its July 29. 2022 Order, my firm and Mr. Ovasapyan resolved the issues set forth therein and I have agreed to continue to represent Mr. Ovasapyan in this action. The Court has ordered that Mr. Ovasapyan appear at the conference scheduled for August 4, 2022 at 11:00am. Given the resolution of the issues contained within the motion to be relieved as counsel for Mr. Ovasapyan, the undersigned respectfully requests that Mr. Ovasapyan no longer be required to appear in person. If the Court still requires his appearance, it is respectfully requested that Mr. Ovasapyan be permitted to appear telephonically, as he is presently out of the country and not scheduled to return until August 11, 2022.

    As to the undersigned's motion to withdraw as counsel for defendant Mainspring, the issues set forth within the motion remain germane and have not been resolved. The Court's July 29, 2022 Order directs that a corporate representative of Mainspring appear at the August 4, 2022 conference. It is my understanding that Mainspring no longer conducts business and otherwise has no representative available to appear on its behalf. However, I have forwarded a copy of Your Honor's Order via email to Vahe Ovasapyan, Mainspring's former corporate representative.

    I appreciate the Court's time and attention to this matter.

Respectfully submitted,

*Jason Canales*
Jason Canales