

Michael M. Rosenberg
Associate
353 N. Clark Street, Ste. 3600
Chicago, Illinois 60654
T (312) 924-9833
mrosenberg@buckleyfirm.com

August 1, 2022

The Honorable Judge Dora L. Irizarry
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: Scripts Wholesale, Inc. et al. v. Mainspring Distribution LLC, et al., No. 18-cv-06612 (DLI) (JRC)**

Dear Judge Irizarry:

I write to request to be relieved as counsel for Defendants Mainspring Distribution LLC ("Mainspring") and Edvin Ovasapyan in the above-referenced matter.[1] I was previously an associate with the law firm of Moses & Singer (now Moses Singer), which was originally retained on this matter. On October 15, 2021, I departed Moses & Singer for Buckley LLP, where I now practice in Chicago, Illinois. My present firm was not engaged to represent the Defendants.

To the extent this motion is not ruled upon prior to the status conference scheduled for this Thursday, August 4 at 11:00 a.m., I respectfully request that I be permitted to appear telephonically.

Thank you for your time and consideration.

Sincerely,

Michael Rosenberg

---

[1] Although Your Honor's Individual Motion Practice and Rules (Rule III A.9) refer motions to be relieved as counsel to the assigned U.S. Magistrate Judge, I submit this letter to Your Honor under the circumstances of this case, including the Court's Order that all Defendants and Counsel appear before the Court on August 4 at 11:00 a.m.